# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Demetria Bell | **Repayment Agreement and Order** | No: 5:21-CR-26-002(TES) |

On March 31, 2022, Demetria Bell was sentenced to time served as to count one followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Bell. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on April 7, 2022, I have been ordered to pay a total restitution of $278,185.81 and a special assessment of $100.00.

2.  On March 31, 2022, I began my service of 36 months of supervised release in the Middle District of Georgia. The mandatory assessment was satisfied on May 11, 2022. The current balance of my restitution is $277,764.37.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 3rd day of October, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision. Payments are to be mailed to the U.S. District Court Clerk's Office at Post Office Box 128, Macon, Georgia 31202.

_____  _____
Demetria Bell                                  Date

_____  _____
Nico L. Humphrey, U.S. Probation Officer (Middle District of Georgia)       Date

_____  10/3/2022
Assistant U.S. Attorney                   Date

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____
Tilman E. Self, III
United States District Judge

_____
Date